**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DISTRICT**

**ALBERT USSERY, On behalf of himself**
**and all others similarly situated**                                                **PLAINTIFF**

v.                            Case No. 4:09-CV-00801 BSM

**CHARLES HOLLADAY, et al.**                                                **DEFENDANTS**

## ORDER

Because the defendants do not oppose plaintiff Albert Ussery's request to dismiss his class claims without prejudice and his individual claims with prejudice, Ussery's motion to dismiss (Doc. No. 28) is granted. Each party will bear its own costs and fees.

IT IS SO ORDERED this 20th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE